1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
MAY 04 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

                Plaintiff,            CASE NO. 2:15-MJ-088 CKD

          v.                          ORDER UNSEALING REDACTED CRIMINAL
                                      COMPLAINT AND AFFIDAVIT
   STEVEN KHAMKEUANEKEO

                Defendant.

16     The government's application to unseal a redacted copy of the criminal complaint and
17 underlying affidavit is HEREBY GRANTED as follows:
18     The case is unsealed with the exception of the original complaint and affidavit. The original
19 complaint and its accompanying affidavit will remain sealed. The Clerk is directed to file a redacted
20 copy of the complaint and affidavit on the public docket.
21     SO ORDERED.
22 Dated: May 4, 2015          By: _____
                                   HON. ALLISON CLAIRE
23                                 United States Magistrate Judge

ORDER UNSEALING REDACTED CRIMINAL COMPLAINT       1
AND AFFIDAVIT