HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
CHEE YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KHAMKEUANEKEO, et al.,<br><br>Defendants. | Case No. 2:15-cr-00115 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:      September 3, 2015<br>TIME       9:30 a.m.<br>JUDGE:    Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Matthew Yelovich, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for CHEE YANG, Ron Peters, attorney for STEVEN KHAMKEUANEKEO, Erin Radekin, attorney for TOU HER, Danny Brace, attorney for FRANK HER, David Fischer, attorney for LEE YANG, Dustin Johnson, attorney for AMY HER and Greg Foster, attorney for KAY LEE that the status conference scheduled for July 23, 2015 be vacated and be continued to September 3, 2015 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendants and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

1  excluded from this order's date through and including September 3, 2015,  pursuant to 18 U.S.C.

2  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

3  based upon continuity of counsel and defense preparation.

4  DATED: July 20, 2015                    Respectfully submitted,
                                           HEATHER E. WILLIAMS
5                                          Federal Defender

6
                                           */s/ Matthew M. Scoble*
7                                          Matthew M. Scoble
                                           Assistant Federal Defender
8                                          Attorney for CHEE YANG

9                                          /*s/ Ron Peters*
                                           Ron Peters
10                                         Attorney for STEVEN KHAMKEUANEKEO

11                                         /*s/ Erin J. Radekin*
                                           Erin J. Radekin
12                                         Attorney for TOU HER

13                                         */s/ Danny D. Brace, Jr.*
                                           Danny D. Brace, Jr.
14                                         Attorney for FRANK HER

15                                         */s/ David D. Fischer*
                                           David D. Fischer
16                                         Attorney for LEE YANG

17                                         */s/ Dustin D. Johnson*
                                           Dustin D. Johnson
18                                         Attorney for AMY HER

19                                         */s/ Greg Foster*
                                           Greg Foster
20                                         Attorney for KAY LEE

21  DATED: July 20, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney
22

23                                          */s/ Matthew Yelovich*
                                            Matthew Yelovich,
24                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
25

26

27

28

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 3, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the July 23, 2015 status conference shall be continued until September 3, 2015, at 9:30 a.m.

Dated: July 20, 2015

_____
Troy L. Nunley
United States District Judge