BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-115 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| STEVEN KHAMKEUANEKEO, KAY LEE, TOU HER, FRANK HER, and AMY HER, | DATE: January 7, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on January 7, 2016.

2. By this stipulation, the parties now move to continue the status conference until February 25, 2016, at 9:30 a.m., and to exclude time between January 7, 2016, and February 25, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes over 6000 pages of discovery and several exhibits available for inspection at the United States Attorney's Office. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The government has advised counsel for defendants that the government intends to request that this matter be set for trial at the next status conference.

      c)      Plea offers were extended to all defendants on December 21, 2015, and expire at 5 p.m. on January 15, 2016.

      d)      Counsel for defendants desire additional time to continue examining the discovery, research and review potential sentencing issues should their client wish to resolve this matter by plea, and otherwise engage in defense preparation.

      e)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The government does not oppose the request to continue.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2016 to February 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 4, 2016                               BENJAMIN B. WAGNER
                                                            United States Attorney

                                                             /s/ MATTHEW M. YELOVICH
                                                            MATTHEW M. YELOVICH
                                                            Assistant United States Attorney

Dated: January 4, 2016 /s/ RON PETERS
RON PETERS
Counsel for Defendant
STEVEN KHAMKEUANEKEO

Dated: January 4, 2016 /s/ GREGORY FOSTER
GREGORY FOSTER
Counsel for Defendant
KAY LEE

Dated: January 4, 2016 /s/ ERIN RADEKIN
ERIN RADEKIN
Counsel for Defendant
TOU HER

Dated: January 4, 2016 /s/ DANNY BRACE
DANNY BRACE
Counsel for Defendant
FRANK HER

Dated: January 4, 2016 /s/ DUSTIN JOHNSON
DUSTIN JOHNSON
Counsel for Defendant
AMY HER

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 5th day of January, 2016.

_____
Troy L. Nunley
United States District Judge