IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:15-cr-00115 TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| STEVEN KHAMKEUANEKEO, | ) | |
| Defendant. | ) | |

The court appointed the Federal Defender in court on June 12, 2017. The Federal Defender would like to withdraw from this representation. CJA Panel attorney Ronald J. Peters, 901 H Street, Suite 611, Sacramento, CA 95814, is hereby appointed to represent Steven Khamkeuanekeo effective June 14, 2017, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 6/14/2017

HON. EDMUND F. BRENNAN
United States Magistrate Judge

ORDER APPOINTING COUNSEL