**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone: (916) 322-2472**
**Facsimile: (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**STEVEN KHAMKEUANEKEO**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00115-TLN-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| STEVEN KHAMKEUANEKEO  Defendant | |

    The United States of America, through its counsels of record, Phillip A. Talbert, United States Attorney for the Eastern District of California, and Matthew Yelovich, Assistant United States Attorney, and defendant Steven Khamkeuanekeo, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the status conference scheduled for August 24, 2017 at 9:30 am should be continued to August 31, 2017 at 9:30 a.m.

    Defense counsel has a previously out of the county Preliminary Hearing set for this morning and we are in the process of finding a residential rehabilitation facility which should be finalized by next week.

    Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and

Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision August 24, 2017 to and including August 31, 2017.

          **Respectfully Submitted,**
          **PHILLIP A. TALBERT**
          **United States Attorney**

DATE: August 22, 2017        */s/* Matthew Yelovich
          **MATTHEW YELOVICH**
          **Assistant U.S. Attorney**

DATE: August 22, 2017        /s/Ron Peters
          RON PETERS
          Attorney for Defendant
          **Steven Khamkeuanekeo**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, August 22, 2017, to and including August 31, 2017, at 9:30 a.m.

It is so ordered.

Date: August 22, 2017

_____
Troy L. Nunley
United States District Judge