UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 31, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN KHAMKEUANEKEO,

Defendant.

Case No. 2:15-CR-00115-01 TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release STEVEN KHAMKEUANEKEO, Case No. 2:15-CR-00115-01 Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_

\_\_\_\_ Unsecured Appearance Bond $ \_\_\_\_

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

X (Other): Ordered released on the terms and conditions stated on the record. The defendant is ordered to complete a residential treatment program and report to Wellspace.

Issued at Sacramento, California on August 31, 2017 at 9:55 AM.

By: _____
District Judge Troy L. Nunley